IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN A. NETTLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  3:12cv370-WHA |
| | ) | |
| DAVID WARREN, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #31), entered on June 3, 2013, the court ADOPTS the Recommendation, and it is hereby ORDERED as follows:

1. Defendants' Motion to Dismiss (Doc. #21) is GRANTED to the extent that the Defendants seek dismissal of this case due to the Plaintiff's failure to properly exhaust an administrative remedy currently available to him at the Macon County Jail.

2. This case is DISMISSED without prejudice pursuant to the provisions of 42 U.S.C. § 1997e(a) for the Plaintiff's failure to exhaust an administrative remedy presently available to him at the Macon County Jail.

DONE this 26th day of June, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE